908

C. *Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

C. A. No. 73-144. STATE *v.* FRANK L. MARRAPESE, JR. Motion of defendant to reargue denied. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 75-293. STATE *v.* FRANCIS J. PAQUETTE. Motion of defendant to assign a different number to his appeal of certain contempt citations is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

C. A. No. 75-322. STATE OF RHODE ISLAND *v.* ROBERT CLINE. Motion of defendant to file a brief consisting of over fifty pages is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Asst. Public Defender, for defendant.

Appeal No. 75-68. INDUSTRIAL NATIONAL BANK *v.* ADAM FARKAS. Motion of defendant for an extension of time in which to file his memorandum in opposition is granted and the defendant will be allowed to file his memorandum on or before March 10, 1976. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for plaintiff. *Adam Farkas,* pro se.

Appeal No. 75-200. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, *Executor v.* HELEN BOITEAU *et al.* Motion of plaintiff to dismiss the case for failure to file a brief is granted unless the brief is filed on or before March 5. 1976. *Lavine & Sutherland, Robert H. Larder, Lewis Z. Lavine,* for plaintiff. *William J. Peotrowski, Jr.,* for defendants.

Appeal No. 75-269. ALBERT MENARD *et al. v.* WOONSOCKET TEACHER's GUILD, AFT 951 *et al.* Motion of plaintiffs to affirm. the order below under Rule 16(g) is denied. *Richard R. Acker-*